RECEIVED
FEB - 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CEDRIC LAMONT DEAN | DOCKET NO. 13-CV-2510; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN KAREN ASK-CARLSON | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED** with regard to the BOP's calculation of Dean's sentence and **DISMISSED FOR LACK OF JURISDICTION** as to Dean's claim regarding the application of the United States Sentencing Guidelines to his sentence.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 3rd day of February, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT